# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jesus M. Herrera, ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| vs. ) | |
| ) | |
| MDU Resources Group d/b/a Montana- ) | |
| Dakota Utilities Company, ) | |
| ) | Case No. 1:22-cv-114 |
| Defendant. ) | |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on February 7, 2023, at 9:00 AM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 8th day of September, 2022.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court