# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jesus M. Herrera, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MDU Resources Group d/b/a Montana- ) | |
| Dakota Utilities Company, ) | |
| ) | Case No. 1:22-cv-114 |
| Defendant. ) | |

Pursuant to its discussion with the parties at the scheduling conference on September 8, 2022, the court shall stay this matter pending receipt and review of the parties' proposed scheduling and discovery plan. The parties should submit a proposed scheduling plan to the undersigned at ndd_J-Hochhlalter@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court