IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jesus M. Herrera,<br><br>    Plaintiff,<br><br>vs.<br><br>MDU Resources Group, Inc., d/b/a<br>Montana-Dakota Utilities Company,<br><br>    Defendant. | CASE NO: 1:22-CV-00114-CRH |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT
TO FILE MOTION FOR SUMMARY JUDGMENT
REGARDING THE STATUTE OF LIMITATIONS**

Through counsel, Plaintiff Jesus M. Herrera and Defendant MDU Resources Group, Inc., d/b/a Montana-Dakota Utilities Company, stipulate that Defendant may have an additional seven (7) days to file its Motion for Summary Judgment to address the statute of limitations, which was identified and discussed in the parties Status Report from June 8, 2023. Doc. No. 33. Good cause exists for the extension because this is a threshold issue that the parties agreed to address before undertaking additional action, and while Defendant has been diligently working on the motion, additional time is simply necessary to address and finalize certain outstanding issues. In turn, the parties request the Court issue an order extending the deadline for Defendant's Motion to **Monday, August 7, 2023**. If the Court would like to discuss this further, or if there are other issues to address, the parties will make themselves available for a status conference.

Dated: July 31, 2023

THE RUFNER LAW FIRM

/s/ *Rick Rufner*
Rick Rufner (CO# 9163)
3916 N. Potsdam Ave., #5323
Sioux Falls, SD 57104
(720) 320-5286
rkrufner@msn.com

*Attorney for Plaintiff*

Dated: July 31, 2023

ES ATTORNEYS

/s/ *William J. Behrmann*
William J. Behrmann (#07579)
1100 College Drive, Suite 5
Bismarck, ND 58501
(701) 751-1243
wbehrmann@esattorneys.com

*Attorney for Defendant*