# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jesus M. Herrera, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| MDU Resources Group, d/b/a ) | |
| Montana-Dakota Utilities Company, ) | Case No. 1:22-cv-114 |
| ) | |
| Defendant. ) | |

On October 2, 2023, the court held a status conference with the parties. Pursuant to its discussion with the parties, the court shall extend Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment until October 23, 2023

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2023.

                                                 */s/ Clare R. Hochhalter*
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court