Local AO 450 (rev. 1/23)

# United States District Court
## *District of North Dakota*

Jesus M. Herrera,

        Plaintiff,

                                JUDGMENT IN A CIVIL CASE

v.

MDU Resources Group, d/b/a Montana-Dakota       Case No.   1:22-cv-114
Utilities Company,

        Defendant.

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

Pursuant to the Order dated January 22, 2024, the court GRANTS MDU's Motion for Summary Judgment. (Doc. No. 36).

Date: January 22, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*